UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARD PRICE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-0366** |
| **MARLIN N. GUSMAN, ET AL.** | **SECTION: "A" (4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Leonard Price's Title 42 U.S.C. § 1983 claims against Sheriff Marlin Gusman is **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. §1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

March 14, 2011

_____
UNITED STATES DISTRICT JUDGE